IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-673-MOC-DCK

| | |
|---|---|
| TARA S. GIST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FEDORA SECURITY, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Grant B. Osborne, concerning Jeremy V. Farrell, on January 27, 2023. Jeremy V. Farrell seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Jeremy V. Farrell is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: January 30, 2023

David C. Keesler
United States Magistrate Judge