# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
Civil Action No.: 3:22-cv-00673

| | |
|---|---|
| TARA S. GIST, | ) |
| Plaintiff, | ) |
| v. | ) **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| FEDORA SECURITY, LLC, | ) |
| Defendant. | ) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Tara S. Gist and Defendant Fedora Security, LLC, by counsel, stipulate and agree to dismiss this matter *with* prejudice, each party to bear its own costs and attorney's fees.

This 7th day of November, 2023.

s/ Corey M. Stanton
Philip J. Gibbons, Jr., NCSB #50276
Corey M. Stanton, NCSB #56255
**GIBBONS LAW GROUP, PLLC**
14045 Ballantyne Corporate Pl., Ste. 325
Charlotte, North Carolina 28277
(704) 612-0038
phil@gibbonslg.com
corey@gibbonslg.com

*Attorneys for Plaintiff*

s/ Grant B. Osborne
Grant B. Osborne, NCSB #13316
**WARD & SMITH, P.A.**
PO Box 2020
Asheville, NC 28802
(828) 348-6070
gbo@wardandsmith.com

s/ Jeremy V. Farrell
Jeremy V. Farrell, *Admitted Pro Hac Vice*
PASB #316258; OHSB #0087790
**TUCKER ARENSBERG, P.C.**
1500 One PPG Place
Pittsburg, PA 15222
Telephone: (412) 594-3938
jfarrell@tuckerlaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, and served upon counsel for the Defendant via the Court's electronic case filing system.

This this 7th day of November 2023.

s/ Corey M. Stanton<br>
Corey M. Stanton, NCSB #56255